UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

------------------------------------------------------------------------------------------------------------------

JEFFERSON COUNTY,

                              Plaintiff,                    Case No. _____

            vs.

JOSHUA D. PERNAT and
SARA L. MANZKE

                              Defendants.

------------------------------------------------------------------------------------------------------------------

**NOTICE OF REMOVAL**

------------------------------------------------------------------------------------------------------------------

Defendants Joshua D. Pernat and Sara L. Manzke, by their attorneys Gimbel, Reilly, Guerin & Brown LLP, and pursuant to 28 U.S.C. §§1443 and 1446, hereby remove the captioned action to this Court from the Circuit Court for Jefferson County, Wisconsin for the following reasons:

1.      Plaintiff Jefferson County is a governmental corporation located in the State of Wisconsin.

2.      Defendants Joshua D. Pernat and Sara L. Manzke are citizens of the State of Wisconsin.

3.      Jefferson County's action seeks monetary sanctions for alleged violations of County ordinances arising from the presence of four miniature goats and two geese on property owned by Pernat and Manzke in Jefferson County.

4.      On multiple occasions, Manzke attempted to obtain a permit or variance, presented evidence to Jefferson County officials that she was disabled and the goats and geese were emotional support animals, and requested accommodation under the Fair Housing Act, 42 U.S.C. §3601, *et seq.*, to no avail.

5.      As a result of the County's and Town of Ixonia's intransigence in refusing to recognize or make reasonable accommodations for Manzke's need for the emotional support animals, Manzke filed an action in this Court against the County and the Town alleging violations of the Fair Housing Act, 42 U.S.C. §3601, *et seq.*, on grounds that they failed to make reasonable accommodations in their zoning rules, policies and practices to afford Maznke an equal opportunity to use and enjoy her property.  These Fair Housing Act violations denied and violated Manzke's federally protected rights.

6.      Following the filing of that matter, *Manzke v. Jefferson County, et al.*, Case No. 18-CV-505, in July 2018, this Jefferson County action was filed by the County and thereafter removed to this Court.

7.      Upon the dismissal without prejudice of *Manzke v. Jefferson County, et al.*, Case No. 18-CV-505, in October 2018, this Jefferson County action was remanded back to the Jefferson County Circuit Court.

8.      This action was pending in the Jefferson County Circuit Court from October 2018 to date, during which time Manzke again attempted to obtain reasonable accommodations from the County and the Town of Ixonia.  By agreement of the parties and approval of the court, the Jefferson County Circuit Court did not advance this action during that time.

9. However, on May 9, 2019, Manzke's requests were again denied by the County.

10. In statements made to the Jefferson County Circuit Court, the County has indicated that it intends to resume the prosecution of this Jefferson County action and seek monetary sanctions for the alleged violations of the County's ordinances.

11. This Court has jurisdiction over this Jefferson County action pursuant to 28 U.S.C. §1443 on grounds that the action is against a person – Manzke – who has been denied a right under a law providing for the equal civil rights of United States citizens; specifically, Manzke has been denied her rights under the Fair Housing Act, as more particularly set forth in the complaint she filed against the County and Town in this Court on May 29, 2019.

12. Manzke was originally served with the County's summons and complaint on July 9, 2018 and Pernat was originally served on July 10, 2018.

13. A copy of the state court summons and complaint, along with other documents filed in the state court action, is attached hereto as Exhibit 1.

14. A copy of this notice and all attachments are being served via the State of Wisconsin's circuit court electronic filing system upon Attorney Ward and the Jefferson County Clerk of Court; proof of such service is attached hereto as Exhibit 2.

WHEREFORE, defendants Joshua D. Pernat and Sara L. Manzke remove this case to the United States District Court for the Western District of Wisconsin for all further proceedings in this matter.

Dated this 30th day of May, 2019.

GIMBEL, REILLY, GUERIN & BROWN LLP

By: /s/ Erin M. Strohbehn

_____
    ERIN M. STROHBEHN
    State Bar No.  1059533
    estrohbehn@grgblaw.com
Attorneys for Defendants

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone:  414/271-1440
*civ/manzke/p/noticeofremoval*